

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. WR-57,372-03**

**EX PARTE RONNIE ANDERSON, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 99-07-9947C IN THE 155ᵀᴴ DISTRICT COURT
FROM WALLER COUNTY**

*Per curiam.*

### ORDER

Applicant was convicted of aggravated assault and sentenced to sixty years' imprisonment. The First Court of Appeals affirmed his conviction. *Anderson v. State*, No. 01-00-01049-CR (Tex. App.— Houston [1st Dist.] Dec. 6, 2001). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

After a review of the record, we find that Applicant's claims regarding the Texas Department of Criminal Justice's change to Applicant's parole eligibility date are without merit. Therefore, we deny relief.

Applicant's claims challenging his conviction on the grounds of an illegal deadly weapon finding and an improper enhancement are dismissed pursuant to TEX. CODE CRIM. PRO. Art. 11.07 §4.

Delivered:     September 30, 2020

Do not publish